Charles Wolf, Appellant, v. Mollie Wolf, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Application of Everett L. Neal and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Application of Edward F. Starcke and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc. In the Matter of the Application of Mortimer C. Lazarus and Others to Compel the Board of Elections to Print, etc., Their Names on the Primary Ballots, etc.— Orders reversed, without costs, and motions for mandamus denied, without costs, upon the ground that the petitions were fatally defective in that their certificates of character purported to be signed by members of the committee to fill vacancies, when the petitions themselves nominated or named no such committee, and that the board of elections was acting within its authority in refusing to print the names of the relators as candidates. (See *Matter of McGrath*, 189 App. Div. 146.) Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.